# Exhibit 1

# Exhibit 1



502 Main Ave.–Colgate, ND 58046    P: 701-945-2998 – F: 701-945-2990
317 West Front St.–Monroe, MI 48161    P: 734-682-3853 – F: 734-683-3854
15610 S. Telegraph Rd–Monroe, Mi 48161    P: 734-241-3818 – F: 734-682-3534
155 Foxhunt Cres.–Syosset, NY 11791    P: 516-802-3800 – F: 516-922-5793

Dustin Finkel
Famous Brands International
8001 Arista Place
Broomfield, CO 80021

December 3, 2013

Dustin,

Per our discussions, please review the mocked up samples I have included in this package for each of our proposed shakers and grinders of spice items. We have designed the labels in accordance with your color and font standards. However, we can accommodate any revisions that you may wish to make. If you would like to make changes, contact me directly.

I have listed below a summary of key information on the Licensing Approval Forms submitted with the enclosed samples. Wholesale pricing to retailers and expected retail pricing to consumers for the included items will be as follows:

SHAKER ITEMS
Colored sprinkles 7 oz size.- 82 cents per unit. (Retail at $1.69)
Colored sprinkles 3.6 oz size - 50 cents per unit. (Retail at 99 cents)
Chocolate sprinkles 7 oz size - 82 cents per unit (Retail at $1.69)
Chocolate sprinkles 3.6 oz size - 50 cents per unit (Retail at 99 cents)
Sweet Cocoa 5 oz size $ - 1.12 per unit (Retail at $2.39)
Ground Cinnamon Sugar 5 oz size - $1.00 per unit (Retail at $1.99)
Ground Cinnamon 4 oz size - 87 cents per unit (Retail at $1.79)
Ground Nutmeg 3 oz size $1.80 per unit (Retail at $3.59)
Ground Tumeric 4 oz size $1.00 per unit (Retail at $1.99)

GRINDER ITEMS
Cinnamon and coarse sugar 3 oz size 75 cents per unit (Retail at $1.49)
Coarse brown sugar 3 0z size 75 cents per unit (Retail at $1.49)
Vanilla sugar 3 oz size 75 cents per unit (Retail at $1.49)
Chocolate sugar 3 oz size 75 cents per unit (Retail at $1.49)

The above items should result in two million dollars in sales during the first 12 months of launch. At the 8% agreed upon commission, this will produce $160,000 in royalties for Mrs. Fields. We will also include these items in our gift set program which should dramatically increase the sales for gift sets.

I have also included a sample of a custom wooden display rack for the smaller size items . This rack will have the Mrs. Fields name and logo printed in red on the front of it The rack will be identical to what we did for the Paula Deen line of spices which was extremely successful. It is an excellent item for a customer to display on the kitchen counter. It would be filled with Mrs. Fields shakers or grinders and sold as part our gift set program.


Ernie
Cc: Aldon

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date: Dec 3, 2013 | ☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.) | |
|---|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie | |
| Phone: 516 802 3800 ext 15 | Fax 516 922 5793 | E-mail: eb@bektrom.com |
| Item Description: Mrs Fields Spices in grinder bottles 3 oz size: 4 items: cinnamon and coarse sugar, coarse brown sugar, vanilla flavored sugar and chocolate flavored sugar. ||| 
| Item SKU # (if available): | ☐ Is this a resubmission | Retail Channel: all authorized |
| Retail Introduction Date: March 2014 | Wholesale/Retail Price: 75 cents/$1.49 ||
| Brand: ☒ Mrs. Fields    ☐ TCBY ||| 

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| **Product** | **Packaging** | **Collateral/Advertising** |
|---|---|---|
| ☐ Step 1: Concept | ☐ Step 1: Concept Artwork | ☐ Advertisement |
| ☒ Step 2: Prototype/Mock-Up | ☒ Step 2: Prototype/Mock-Up | ☐ Online Content/Advertisement |
| ☐ Step 3: Pre-Production Sample | ☐ Step 3: Pre-Production Sample | ☐ Point-of-Purchase |
| ☐ Step 4: Production Sample(s) | ☐ Step 4: Shipping Container | ☐ Sales Collateral |
|  | ☐ Step 5: Instructions (If Necessary) | ☐ Other: _____ |
|  | ☐ Other: _____ |  |

IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS

**LICENSEE COMMENTS:**

We can start with just 4 varieties and extend the line of grinder items down the road.

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date: Dec 3, 2013 | ☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.) | |
|---|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie | |
| Phone: 516 802 3800 ext 15 | Fax 516 922 5793 | E-mail: eb@bektrom.com |
| Item Description: Mrs Fields Ground Nutmeg 3 oz size | | |
| Item SKU # (If available): | ☐ Is this a resubmission | Retail Channel: all authorized |
| Retail Introduction Date: March 2014 | Wholesale/Retail Price: $1.80/$3.59 | |
| Brand: ☒ Mrs. Fields    ☐ TCBY | | |

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| Product | Packaging | Collateral/Advertising |
|---|---|---|
| ☐ Step 1: Concept<br>☒ Step 2: Prototype/Mock-Up<br>☐ Step 3: Pre-Production Sample<br>☐ Step 4: Production Sample(s) | ☐ Step 1: Concept Artwork<br>☒ Step 2: Prototype/Mock-Up<br>☐ Step 3: Pre-Production Sample<br>☐ Step 4: Shipping Container<br>☐ Step 5: Instructions *(If Necessary)*<br>☐ Other: _____ | ☐ Advertisement<br>☐ Online Content/Advertisement<br>☐ Point-of-Purchase<br>☐ Sales Collateral<br>☐ Other: _____ |

IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS

**LICENSEE COMMENTS:**

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date: Dec 3, 2013 | ☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.) | |
|---|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie | |
| Phone: 516 802 3800 ext 15 | Fax 516 922 5793 | E-mail: eb@bektrom.com |
| Item Description: Mrs Fields Sweet cocoa 5 oz size | | |
| Item SKU # (if available): | ☐ Is this a resubmission | Retail Channel: all authorized |
| Retail Introduction Date: March 2014 | Wholesale/Retail Price: $1.12/2.39 | |
| Brand: ☒ Mrs. Fields   ☐ TCBY | | |

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| Product | Packaging | Collateral/Advertising |
|---|---|---|
| ☐ Step 1: Concept | ☐ Step 1: Concept Artwork | ☐ Advertisement |
| ☒ Step 2: Prototype/Mock-Up | ☒ Step 2: Prototype/Mock-Up | ☐ Online Content/Advertisement |
| ☐ Step 3: Pre-Production Sample | ☐ Step 3: Pre-Production Sample | ☐ Point-of-Purchase |
| ☐ Step 4: Production Sample(s) | ☐ Step 4: Shipping Container | ☐ Sales Collateral |
| | ☐ Step 5: Instructions (If Necessary) | ☐ Other: _____ |
| | ☐ Other: _____ | |

**IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS**

**LICENSEE COMMENTS:**

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date:   Dec 3, 2013 | ☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.) | |
|---|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie | |
| Phone:  516 802 3800 ext 15 | Fax 516 922 5793 | E-mail: eb@bektrom.com |
| Item Description:  Mrs Fields ground cinnamon 4 oz size | | |
| Item SKU # (if available): | ☐ Is this a resubmission | Retail Channel: all authorized |
| Retail Introduction Date: March 2014 | Wholesale/Retail Price: .87 /$1.79 | |
| Brand: ☒ Mrs. Fields     ☐ TCBY | | |

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| Product | Packaging | Collateral/Advertising |
|---|---|---|
| ☐ Step 1: Concept | ☐ Step 1: Concept Artwork | ☐ Advertisement |
| ☒ Step 2: Prototype/Mock-Up | ☒ Step 2: Prototype/Mock-Up | ☐ Online Content/Advertisement |
| ☐ Step 3: Pre-Production Sample | ☐ Step 3: Pre-Production Sample | ☐ Point-of-Purchase |
| ☐ Step 4: Production Sample(s) | ☐ Step 4: Shipping Container | ☐ Sales Collateral |
|  | ☐ Step 5: Instructions *(If Necessary)* | ☐ Other: _____ |
|  | ☐ Other: _____ |  |

IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS

**LICENSEE COMMENTS:**

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date:   Dec 3, 2013 | x☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.) | |
|---|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie | |
| Phone:  516 802 3800 ext 15 | Fax 516 922 5793 | E-mail: eb@bektrom.com |
| Item Description:   Mrs Fields ground cinnamon sugar 5 oz size and ground turmeric 4 oz size | | |
| Item SKU # (if available): | ☐ Is this a resubmission | Retail Channel: all authorized |
| Retail Introduction Date: March 2014 | Wholesale/Retail Price:  $1 /$1.99 for each item | |
| Brand: ☒ Mrs. Fields    ☐ TCBY | | |

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| **Product** | **Packaging** | **Collateral/Advertising** |
|---|---|---|
| ☐ Step 1: Concept | ☐ Step 1: Concept Artwork | ☐ Advertisement |
| ☒ Step 2: Prototype/Mock-Up | ☒ Step 2: Prototype/Mock-Up | ☐ Online Content/Advertisement |
| ☐ Step 3: Pre-Production Sample | ☐ Step 3: Pre-Production Sample | ☐ Point-of-Purchase |
| ☐ Step 4: Production Sample(s) | ☐ Step 4: Shipping Container | ☐ Sales Collateral |
| | ☐ Step 5: Instructions *(If Necessary)* | ☐ Other: _____ |
| | ☐ Other: _____ | |

IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS

**LICENSEE COMMENTS:**

  

# LICENSING APPROVAL FORM

| SEND APPROVAL FORM AND SUBMISSIONS TO: | Dustin Finkel<br>Famous Brands International<br>8001 Arista Place Suite 600<br>Broomfield, CO 80021 |
|---|---|

UNTIL SUCH TIME AS A LICENSE AGREEMENT HAS BEEN FULLY-EXECUTED AND SUBSCRIBED BY THE PARTIES HERETO, (i) NOTHING CONTAINED HEREIN SHALL CREATE A BINDING AGREEMENT FOR ANY PURPOSE UPON ANY PARTY; (ii) NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN INDUCEMENT TO ACT OR TO WITHHOLD AN ACTION, OR BE RELIED UPON AS SUCH; (iii) ANY DEVELOPMENT OF PRODUCT SHALL BE STRICTLY AT THE PROPOSED LICENSEE'S OWN RISK, AND (iv) THE PROPOSED LICENSEE MUST NOT SELL OR SHIP ANY PRODUCT WITHOUT THE LICENSOR'S PRIOR WRITTEN APPROVAL.

## TO BE COMPLETED BY LICENSEE

| Submission Date: Dec 3, 2013 | x☐ Rush? (If necessary, describe reason and suggest deadline. No commitments can be made.)<br>please approve asap so that we can catch the Easter & Mother's day holiday |
|---|---|
| Licensee: Bektrom Foods Inc | Contact Name: Ernie |
| Phone: 516 802 3800 ext 15 | Fax 516 922 5793 — E-mail: eb@bektrom.com |

| Item Description: Mrs Fields colored and chocolate sprinkles 7 oz size and 3.6 oz size |
|---|
| Item SKU # (if available): — ☐ Is this a resubmission — Retail Channel: all authorized |
| Retail Introduction Date: February 2014 — Wholesale/Retail Price: 82 cents/$1.69 for 7 oz size – 50cents/99 cents for 3.6 oz size |
| Brand: ☒ Mrs. Fields    ☐ TCBY |

**SUBMISSION TYPE:**
PLACE A CHECK NEXT TO THE CURRENT SUBMISSION CATEGORY.

| Product | Packaging | Collateral/Advertising |
|---|---|---|
| ☐ Step 1: Concept<br>☒ Step 2: Prototype/Mock-Up<br>☐ Step 3: Pre-Production Sample<br>☐ Step 4: Production Sample(s) | ☐ Step 1: Concept Artwork<br>☒ Step 2: Prototype/Mock-Up<br>☐ Step 3: Pre-Production Sample<br>☐ Step 4: Shipping Container<br>☐ Step 5: Instructions (If Necessary)<br>☐ Other: _____ | ☐ Advertisement<br>☐ Online Content/Advertisement<br>☐ Point-of-Purchase<br>☐ Sales Collateral<br>☐ Other: _____ |

IMPORTANT NOTE: ALL PACKAGING AND PRODUCT STEPS MUST BE SUBMITTED AND APPROVED BEFORE A PRODUCT IS SHIPPED TO CUSTOMERS

**LICENSEE COMMENTS:**



# Grinders & Shakers





Bektrom Foods, Inc. ■ 502 Main Ave. ■ Colgate, ND 58046
Phone: (866) 446-7324 ■ Fax: (701) 945-2990



# Shakers
## Sweet & Savory



**BEKTROM FOODS INC**

Bektrom Foods, Inc. ■ 502 Main Ave. ■ Colgate, ND 58046
Phone: (866) 446-7324 ■ Fax: (701) 945-2990