FILED
2016 MAR 14 PM 2:08
CLERK
U.S. DISTRICT COURT

Rod N. Andreason (Bar No. 8853)
  randreason@kmclaw.com
KIRTON | MCCONKIE
400 Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

Bijan Amini, NY #1989052, *Admitted Pro Hac Vice*
Avery Samet, NY #4245965, *Admitted Pro Hac Vice*
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Fax: (212) 490-4208
Email: bamini@samlegal.com; asamet@samlegal.com

*Attorneys for Plaintiff Mrs. Fields Franchising, LLC*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BEKTROM FOODS, INC., a North Dakota corporation,<br><br>Defendant. | **ORDER** ~~DISMISSING BEKTROM'S THIRD COUNTERCLAIM FOR DECLARATORY RELIEF~~**GRANTING IN PART AND DENYING IN PART PLAINTIFF MRS. FIELDS FRANCHISING, LLC'S RENEWED MOTION TO DISMISS [DKT. 28]**<br><br>Case No. 2:14-cv-00776-BSJ<br><br>Judge Bruce S. Jenkins |

Plaintiff Mrs. Fields Franchising, LLC's ("Mrs. Fields") Renewed Motion to Dismiss Defenses and Counterclaims [Dkt 28] came before the Court for hearing on August 25, 2015. Mrs. Fields was represented by its counsel of record, Rod N. Andreason of Kirton McConkie. Defendant Bektrom Foods, Inc. ("Bektrom") was represented by its counsel of record, David M.

Bennion and Zack L. Winzeler of Parsons Behle & Latimer.

The Court, having heard the arguments of counsel and having received and reviewed the memoranda pertinent to the above Motion and all pleadings and documents on file, being otherwise fully advised in the premises, and good cause appearing therefor, hereby

ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

IT IS HEREBY ORDERED that Bektrom's Third Counterclaim for Declaratory Relief [23] is DISMISSED.

IT IS FURTHER ORDERED that Mrs. Fields' Renewed Motion to Dismiss Defenses and Counterclaims [Dkt. 28] is DENIED in all other respects, including Mrs. Fields' Motion to Dismiss Bektrom's defenses to Mrs. Fields' claims and Mrs. Fields' Motion to Dismiss Bektrom's First Counterclaim for Breach of Contract and Second Counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing.

DATED this 19th day of Feb., 2016

BY THE COURT:

By: /s/ Bruce S. Jenkins
Judge Bruce S. Jenkins
United States District Court Judge

*Approved as to form:*

/s/
David M. Bennion
Zack L. Winzeler

Attorneys for Defendant Bektrom Foods, Inc.

4815-6987-6265.v1