Rod N. Andreason (Bar No. 8853)
  randreason@kmclaw.com
Adam M. Kaas (Bar No. 13267)
  akaas@kmclaw.com
KIRTON | MCCONKIE
400 Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

Bijan Amini, NY #1989052, *Admitted Pro Hac Vice*
Avery Samet, NY #4245965, *Admitted Pro Hac Vice*
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Fax: (212) 490-4208
Email:  bamini@samlegal.com; asamet@samlegal.com

*Attorneys for Plaintiff Mrs. Fields Franchising, LLC*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BEKTROM FOODS, INC., a North Dakota corporation,<br><br>Defendant. | **PLAINTIFF MRS. FIELDS FRANCHISING, LLC'S PRETRIAL DISCLOSURES**<br><br>Case No. 2:14-cv-00776-BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the current Scheduling Order in this case (D.E. #45), Plaintiff Mrs. Fields Franchising, LLC ("MFF"), by and through its undersigned counsel, hereby respectfully submits its Pretrial Disclosures in this case as follows:

A.   **Witnesses MFF Expects to Call to Testify**

Pursuant to Rule 26(a)(3)(A)(i), MFF submits the following names of each witness[1] that it expects to present to testify at trial in this matter:

1. Dustin Lyman.

B.   **Witnesses MFF May Call to Testify**

MFF may call the following witnesses to testify at trial in this matter:

1. Ernie Barbella; and
2. Aldon Reed.

C.   **Witnesses MFF Expects To Call By Deposition**

Pursuant to Rule 26(a)(3)(A)(ii), MFF hereby designates the witnesses whose testimony MFF expects to present by deposition and the relevant portions of those witnesses' deposition testimony,[2] as follows:

**Bill McClinton**

20:3-21:3
22:10-13
23:5-16
27:5-21
29:8-29:13

---

[1] The names and contact information of all witnesses have been previously provided to Defendant's counsel.
[2] MFF reserves the right to designate the testimony of Ernie Barbella if Defendant/Counterclaim Plaintiff Bektrom Foods, Inc. does not call him as a witness.

    30:1-10
    32:2-21
    33:3-17
    36:3-17
    39:18-40:1
    44:13-25-45:2
    45:18-46:14
    48:3-14
    48:23-49:12
    62:7-13
    68:23-69:17
    70:3-13
    71:3-11
    76:7-23
    78:11-22
    78:23-79:7
    82:7-83:3
    85:14-86:2s
    92:24-93:10
    93:16-94:15
    95:16-96:12
    97:1-10
    102:19-13

D.    **Documents or Other Exhibits that MFF Will and May Use at Trial**

    Pursuant to Rule 26(a)(3)(A)(iii), MFF hereby designates the documents and other exhibits that MFF will and may use at trial, separately identified in the document attached hereto as Exhibit "A." MFF is not currently designating any demonstrative exhibits or animations that it may use at trial. MFF reserves the right to supplement these disclosures should other documents that MFF will use to support its claims or defenses hereafter become known.

**MFF reserves the right to supplement, amend, or otherwise modify these pretrial disclosures, including in response to any pretrial disclosures made by Defendant/Counterclaim Plaintiff Bektrom Foods, Inc.**

In making these disclosures, MFF does not waive its right to object to the admissibility of any of the evidence identified herein.

DATED this 5th day of May, 2016.

          KIRTON McCONKIE

          By: /s/ Adam M. Kaas
              Rod N. Andreason
              Adam M. Kaas
              Attorneys for Plaintiff Mrs. Fields'
              Franchising, LLC

          Of Counsel:

`

          STORCH AMINI & MUNVES PC

          Bijan Amini, Esq. (*Admitted Pro Hac Vice*)
          Avery Samet, Esq. (*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5<u>th</u> day of May, 2016, a true and correct copy of the foregoing **MRS. FIELDS FRANCHISING, LLC'S PRETRIAL DISCLOSURES** was served on the following in the manner indicated below:

| | |
|---|---|
| David M. Bennion<br>  *dbennion@parsonsbehle.com*<br>Zack L. Winzeler<br>  *zwinzeler@parsonsbehle.com*<br>Parsons Behle & Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 8411 | [X] U.S. Mail, Postage Prepaid<br>[ ] Hand Delivered<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[X] E-mail/ECF |

                                                */s/ Lisa Sledge*